UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe D.M. et al., <br> Plaintiff(s), <br> v. <br> Roblox Corporation et al., <br> Defendant(s). | Case No. 3:25-cv-07859 TSH <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Douglas Brett Turnbull, an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Jane Doe D.M. et al. in the above-entitled action. My local co-counsel in this case is Sara D. Beller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 316210.

2501 20 Pl S, Ste 425 Birmingham AL 35223
MY ADDRESS OF RECORD

205-831-5040
MY TELEPHONE # OF RECORD

bturnbull@turnbullfirm.com
MY EMAIL ADDRESS OF RECORD

3610 Central Ave. Suite 400, Riverside, CA
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

727-451-6900
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sara.beller@dolmanlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ASB-2569-d43t.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/03/2025                                                                    Douglas Brett Turnbull
                                                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Douglas Brett Turnbull is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE